UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Angel Manuel Lopez Padilla

Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

22 -CR- 275   (NRB   ) ( )

Defendant _____Angel Manuel Lopez Padilla hereby voluntarily consents to participate in the following proceeding via __x_ videoconferencing or _X__ teleconferencing:

___   Initial Appearance Before a Judicial Officer

_X__   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


__/s/_Angel Manuel Lopez Padilla__
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Angel Manuel Lopez Padilla_____
Print Defendant's Name

_/s/  Natali Todd_____
Defendant's Counsel's Signature

_____Natali Todd_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

May 23, 2022
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge